USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/06/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
TANISHA WILLIAMS,                                            :
:
                Plaintiff,                                     :
:    **ORDER**
       -against-                                           :
:    23-CV-0049 (ER) (JLC)
COMMISSIONER OF SOCIAL SECURITY,    :
:
                Defendant.                                     :
:
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment in this District.

Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. Accordingly, the parties are directed to advise the Court whether they consent to the Magistrate Judge assigned to this case by filing a letter on the docket no later than **July 11, 2023 (the date the Commissioner's moving papers are due)**. If any party has not consented, the parties shall merely report that there has not been consent by all parties.

In the event all parties have consented, counsel shall attach to their letter a signed copy of the attached consent form. This Order is not intended to interfere

with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge.  The parties are free to withhold their consent without adverse substantive consequences.  If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

    **SO ORDERED.**

Dated:  June 6, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge