UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANISHA WILLIAMS,

                Plaintiff,                        23 CIVIL 00049(ER)(JLC)

       -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 18, 2023, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      July 19, 2023

                                                                     **RUBY J. KRAJICK**

                                                                          _____
                                                                            **Clerk of Court**

                                  **BY:**

                                                                          _____
                                                                            **Deputy Clerk**